# Court of Appeals
# of the State of Georgia

ATLANTA,   May 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1784.  GERRETTE RAY BELLEW v. THE STATE.**

Gerrette Bellew filed this direct appeal from the trial court's order denying his motion to dismiss the indictment on constitutional speedy trial grounds. The Supreme Court of Georgia has recently ruled, however, that such an order is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review. See *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012); see also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012). Because Bellew has failed to follow the required appellate procedure, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*